IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
United States of America

vs                                          Criminal   00-048 (JF)

Francisco Zaetón-Pabón

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


MOTION TO REDUCE SENTENCE IN ACCORDANCE WITH
NEW GUIDELINES RELATING TO CRACK


1. I, Francisco Zaetón-Pabón, hereby appear PRO SE in order to explain and to pray the following:

2. I pled guilty to two counts on November 16th, 2000. I was sentenced according to the Plea. I had accepted responsibility for the following, among other items:

   a) "50 grams of cocaine base" (page 9, TRANSCRIPT OF HEARING ON CHANGE OF PLEA).

   b) I quote another mention of this same amount of crack in the same document. I do not have a Copy of the Plea Agreement with me in prison, only the referenced document. Therefore, I make reference to the Transcript of Hearing on Change of Plea:

      1) "THE COURT: ........Basically, cocaine, heroin, and marijuana and crack would be obtained or imported or prepared for wholesale distribution" --- quoting from the Indictment.

3. I was sentenced to serve a term of imprisonment of 288 months (given that I accepted that I had taken part in a drug-related murder).

4.  I propose the following MOTION:

   THAT THIS COURT SEND MY PETITION TO ATTORNEY HECTOR VEGA,
   OF THE OFFICE OF THE FEDERAL PUBLIC DEFENDER, DESIGNATED
   BY PRESIDENT JUDGE FUSTE AS OFFICER IN CHARGE OF
   PRO SE FILINGS REGARDING THE TYPE OF PETITION I AM HEREBY
   FILING, SO THAT HE MAY ASSIST ME.


Respectfully submitted,


*Francisco Zaeton-Pabon*
Francisco Zaeton-Pabon
19290-069
Metropolitan Detention Center
Box 2005
Cataño  PR  00963-2005