Francisco ZAetón-Pabón
19290-069
Metropolitan Detention Center
Box 2005
Cataño   PR   00963-2005



Clerk
United States District Court
Federal Building
150 Chardón Street
San Juan   PR   00918