IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA/
Plaintiff

vs.                                                Case No. 00-CR-048-01(JAF)

FRANCISCO ZAETON-PABON/
Defendant

### MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)

COMES NOW, Francisco Zaeton-Pabon, hereinafter, Defendant under (pro se) status respectfully requesting from this Honorable Court a reduction of his base offense level and sentence pursuant to Title 18 U.S.C. § 3582(C)(2). Defendant respectfully request that this Honorable Court give retroactive effect to Amendment 711 to the U.S. Sentencing Guidelines, § 1B1.10 and reduce his base offense level of the two point reduction, pursuant to the modification and sentence under the now advisory Guidelines. See, United States v. Hicks, 472 F.3d 1167 (9th Cir. 2007).

Defendant's current sentence is base offense level 40, 336 month's and should be reduced to offense level 38, 235-293 month's where the Sentencing Commission has expressly designated Amendment 9 as one that may be applied retroactively. See U.S.S.G. § 1B1.10(c),p.s.

Therefore, Defendant prays that this Honorable Court will grant relief based on the following grounds.

## CERTIFICATE OF SERVICE

I, Francisco Zaeton-Pabon, Defendant hereinafter, do hereby attest and affirm that a true and correct copies of the enclosed "Motion To Reduce Sentence" has been mailed via first class United States Mail from the Federal Correcitonal Institution at Talladega, Alabama on April 28, 2008 to the following address listes below:

Clerk of the Courts
Frances Rios De Moran District Clerk
Federal Building-Room 150
150 Carlos Chardon St.
Hato Rey, Puerto Rico 00918-1767

*Francisco Zaeton Pabon*
Respectfully Submitted

Francisco Zaeton-Pabon
Reg.No.19290-069
FCI Talladega
PMB 1000
Talladega, Alabama 35160

-2-