PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**™

7004 0550 0000 7056 8153

Francisco Zaeton-Pabon
Reg.No.19290-069
FCI Talladega
PMB 1000
Talladega, Alabama 35160

UNITED STATES
POSTAL SERVICE

0000

00518

U.S. POSTAGE
TALLADEGA, AL
35160
APR 25 08
AMOUNT
**$0.00**
00067091-09

Office of the Clerk
Frances Rios De Moran District Clerk
Federal Building-Room 150
150 Carlos Chardon Street
Hato Rey, Puerto Rico 00918-1767