AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of Puerto Rico

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **FRANCISCO ZAETON-PABON** | ) Case No: 00-CR-048-001 (JAF) |
| **A/K/A "PAQUITO"** | ) USM No: 19290-069 |
| Date of Previous Judgment: JUNE 13, 2001 | ) ERIC PIJUAN, ESQ. |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____         Amended Offense Level: _____
Criminal History Category: _____      Criminal History Category: _____
Previous Guideline Range: ____ to ____ months    Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
The conviction is related to narcotics and murder under USSG 2A1.1. The narcotics distribution included heroin, regular cocaine, and crack cocaine in excess of 50 grams, with a statutory minimum of 10 years. No retroactivity benefit will be granted.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  June 24, 2008                              s/José A. Fusté
                                                         Judge's signature

Effective Date: _____                       JOSE A. FUSTE, U.S. DISTRICT JUDGE
  (if different from order date)                     Printed name and title